# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gary Meyer,<br>*Plaintiffs*<br><br>v.<br>Pods Enterprises, LLC,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.    6:17-cv-00776-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 25(a)(1).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Donald C. Coggins, Jr.

Date: March 7, 2019                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                      s/Ashley Buckingham

                                                                                       *Signature of Clerk or Deputy Clerk*